NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMANTHA A. FALES,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2024-1298

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-3, Judge Joseph L. Toth.

---

## JUDGMENT

---

FALEN M. LAPONZINA, ADVOCATE Nonprofit Organization, Washington, DC, argued for claimant-appellant. Also represented by KENNETH M. CARPENTER, Carpenter Chartered, Topeka, KS.

GALINA I. FOMENKOVA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, ERIC P. BRUSKIN, PATRICIA M. MCCARTHY; RICHARD STEPHEN HUBER, DEREK SCADDEN,

Office of General Counsel, United States Department of Veterans Affairs.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 16, 2025
Date

Jarrett B. Perlow
Clerk of Court